IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

AMANDA GLOVER                                                                                    PLAINTIFF

V.                                                             CIVIL ACTION NO. 1:19-CV-179-SA-JMV

UNIQUE INSURANCE COMPANY                                                         DEFENDANT

### ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "Filing a motion to compel arbitration … stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." L. U. Civ. R. 16(b)(3)(B) Because the defendant has moved to compel arbitration [8], staying certain proceedings is appropriate at this time.

If any party desires to take discovery related to the motion, it must file a motion for leave to do so within seven (7) days hereof, setting forth the type and scope of such discovery and an estimated time frame for constructing it. If any party objects to the motion for discovery, it shall file its objection within four (4) days following service of the motion.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the motion to compel arbitration. Defendant shall notify the undersigned magistrate judge within seven (7) days of any order denying the motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 18th day of November, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**